UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC, | § § § | |
| Plaintiff | § § | Civil Action No.: 6:20-CV-00101-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § | |
| Defendant | § | |

**DECLARATION OF SHANNON SHAPER IN SUPPORT OF**
**<u>DEFENDANT GOOGLE LLC's OPPOSED MOTION TO TRANSFER</u>**

**[FILED UNDER SEAL]**