UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROFECTUS TECHNOLOGY LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant | §<br>§<br>§<br>§　Civil Action No.: 6:20-CV-00101-ADA<br>§<br>§　JURY TRIAL DEMANDED<br>§<br>§<br>§ |

### DEFENDANT GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

DATED: May 4, 2020

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Paige Arnett Amstutz*
　　　　　　　　　　　　　　　　　　　Stephen E. McConnico
　　　　　　　　　　　　　　　　　　　State Bar No.: 13450300
　　　　　　　　　　　　　　　　　　　smcconnico@scottdoug.com
　　　　　　　　　　　　　　　　　　　Paige Arnette Amstutz
　　　　　　　　　　　　　　　　　　　State Bar No.: 00796136
　　　　　　　　　　　　　　　　　　　pamstutz@scottdoug.com
　　　　　　　　　　　　　　　　　　　**Scott, Douglass & McConnico, LLP**
　　　　　　　　　　　　　　　　　　　303 Colorado Street, Suite 2400
　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　Telephone:　(512) 495-6300
　　　　　　　　　　　　　　　　　　　Facsimile:　(512) 495-6399

>Stephanie Skaff (*pro hac vice*)
>sskaff@fbm.com
>Eugene Y. Mar (Admitted)
>emar@fbm.com
>Daniel C. Callaway (*pro hac vice*)
>dcallaway@fbm.com
>Winston Liaw (Admitted)
>wliaw@fbm.com
>Laura Pedersen (*pro hac vice*)
>lpedersen@fbm.com
>**Farella Braun & Martel LLP**
>235 Montgomery Street, 17th Floor
>San Francisco, California 94104
>Telephone:   (415) 954-4400
>Facsimile:    (415) 954-4480
>
>*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 4, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Paige Arnette Amstutz*
>Paige Arnette Amstutz