**United States District Court**
**Western District of Texas**
**Waco Division**

| | |
|---|---|
| Profectus Technology LLC,       *Plaintiff* <br><br> v. <br><br> Google LLC,       *Defendant* | Case No. 6:20-cv-00101-ADA |

**Joint Claim Construction Statement**

Per the Court's Scheduling Order, the Parties, Profectus Technology LLC and Google LLC, submit this Joint Claim Construction Statement. The sole asserted patent is U.S. Patent No. 6,975,308.

**Agreed Constructions**

| Claim Term | Agreed Construction |
|---|---|
| "stand alone" <br><br> Claims 1, 22, 29 | independently satisfying each of the claimed features |
| "mountable" <br><br> Claims 1, 6, 22, 29 | having a feature for mounting |
| "picture frame" <br><br> Claims 1, 6, 7, 8, 22, 29 | a unit used to replace a conventional picture frame |
| "portable memory device" <br><br> Claims 5, 24 | external storage media |

**Disputed Terms**

| Claim Term (Party Proposing) | Profectus's Proposed Construction | Google's Proposed Construction | Court's Construction |
|---|---|---|---|
| "control circuitry" (Google)<br><br>Claims 1, 3, 22, 29 | Plain and ordinary meaning. Not a means-plus-function term. | Means-plus-function term subject to § 112, ¶ 6.<br><br>Indefinite. | |
| "interface" (Google)<br><br>Claims 1, 4, 5, 22, 23, 24, 29 | Plain and ordinary meaning.<br><br>Not limited to a wired "interface" | "a shared electrical boundary between parts of a computer system, through which information is conveyed"<br><br>OR<br><br>"The circuitry that interconnects and provides compatibility between a central processor and peripherals in a computer system." | |

| Claim Term (Party Proposing) | Profectus's Proposed Construction | Google's Proposed Construction | Court's Construction |
|---|---|---|---|
| "activating the display screen" (Both parties)<br><br>Claims 1, 22 | "switching the display screen from a screen saver or power down mode" | "turning on the display screen" | |
| "chang[es/ing] an image displayed" (Both parties)<br><br>Claims 3, 22, 29 | "altering or replacing an image displayed" | "switching the still image on the display screen to a different still image" | |

December 9, 2020                                    Respectfully submitted,

| | |
|---|---|
| /s/ Casey Griffith | /s/ Daniel C. Callaway |
| Steven E. Ross (*pro hac vice*) | Stephen E. McConnico |
| Lead Attorney | State Bar No.: 13450300 |
| Texas Bar No. 17305500 | smcconnico@scottdoug.com |
| **ROSS IP GROUP PLLC** | Paige Arnette Amstutz |
| 5050 Quorum Drive, Suite 700 | State Bar No.: 00796136 |
| Dallas, Texas | pamstutz@scottdoug.com |
| Telephone: (972) 661-9400 | **Scott, Douglass & McConnico, LLP** |
| Facsimile: (972) 661-9401 | 303 Colorado Street, Suite 2400 |
| sross@rossipg.com | Austin, TX 78701 |
| | Telephone: (512) 495-6300 |
| **Griffith Barbee PLLC** | Facimile: (512) 495-6399 |
| | |
| Casey Griffith | Stephanie Skaff (*PRO HAC VICE*) |
| Texas Bar No. 24036687 | sskaff@fbm.com |
| Casey.Griffith@griffithbarbee.com | Eugene Y. Mar (Admitted) |
| | emar@fbm.com |
| Michael Barbee | Daniel C. Callaway (*PRO HAC VICE*) |
| Texas Bar No. 24082656 | dcallaway@fbm.com |
| Michael.Barbee@griffithbarbee.com | Winston Liaw (Admitted) |
| | wliaw@fbm.com |
| Maeghan Whitehead | Laura Pedersen (*PRO HAC VICE*) |
| Texas Bar No. 24075270 | lpedersen@fbm.com |
| Maeghan.Whitehead@griffithbarbee.com | **Farella Braun & Martel LLP** |
| | 235 Montgomery Street, 17th Floor |
| Kirk Voss | San Francisco, California 94104 |
| Texas Bar No. 24075229 | Telephone: (415) 954-4400 |
| Kirk.Voss@griffithbarbee.com | Facimile: (415) 954-4480 |
| | |
| One Arts Plaza | **Counsel for Defendant Google LLC** |
| 1722 Routh St., Ste. 710 | |
| Dallas, Texas 75201 | |
| (214) 446-6020 \| main | |
| (214) 446-6021 \| fax | |
| | |
| **Counsel for Plaintiff Profectus Technology LLP** | |

**Joint Claim Construction Statement**

## Certificate of Service

The undersigned certifies this document was filed electronically in compliance with Local Rule CV-5. As such, it was served on all counsel of record on December 9, 2020.

/s/ *Daniel C. Callaway*

Daniel C. Callaway