# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00101-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING by Zoom** on **Tuesday, December 29, 2020 at 09:30 AM**. A link for the zoom hearing will be sent by e-mail prior to the hearing.

IT IS SO ORDERED this 10th day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE