**United States District Court**
**Western District of Texas**
**Waco Division**

| | |
|---|---|
| Profectus Technology, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>Google, LLC,<br><br>   *Defendant.* | Case No. 6:20-cv-00101-ADA |

## JOINT STATUS REPORT REGARDING PENDING MOTIONS

In advance of the Final Pretrial Conference that is set for 9:30 a.m. on September 28, 2021, Plaintiff Profectus Technology, LLC ("Profectus") and Google, LLC ("Google") have met and conferred and have reached agreement on the following sequence in which the parties would like the pending motions to be considered by the Court:

| Sequence | Dkt. No. | Filing Date | Title |
|---|---|---|---|
| 1 | 101 | 8/24/2021 | Profectus's Partial Motion for Summary Judgment Regarding Alleged Prior Art |
| 2 | 96 | 8/24/2021 | Google's Motion for Summary Judgment that (1) U.S. Patent No. 6,975,308 is not Entitled to the Provisional Filing Date, (2) Claims 10 and 11 are Invalid as Indefinite, and (3) Google Does not Infringe Under the Doctrine of Equivalents |
| 3 | 99 | 8/24/2021 | Profectus's Motion to Strike Portions of the Expert Reports of Dr. Andrew Cockburn |
| 4 | 91 | 8/24/2021 | Google's Motion for Partial Summary Judgment of Limited Pre-Suit Damages and no Willful Infringement |

| Sequence | Dkt. No. | Filing Date | Title |
|:---:|:---:|:---:|---|
| 5 | 100 | 8/24/2021 | Profectus'sMotion to Exclude Portions of the Testimony of Defendant's Damages Expert, Lauren R. Kindler |
| 6 | 94 | 8/24/2021 | Google's Motion for Summary Judgment of Subject Matter Ineligibility Under 35 U.S.C. § 101 |
| 7 | 93 | 8/24/2021 | Google's Motion to Exclude Certain Opinions by Plaintiff's Expert Dr. Mitchell A. Thornton |
| 8 | 92 | 8/24/2021 | Google's Motion to Exclude Certain Damages Opinions of Mr. Justin R. Blok Under Daubert and Federal Rule of Evidence 702 |

In addition, pursuant to the Amended Scheduling Order (Dkt. No. 84), the parties will be filing motions in *limine* on Tuesday, September 14, 2021.

Dated: September 10, 2021.                     Respectfully submitted,


/s/ *Steven E. Ross*                            /s/ *Marc J. Pensabene*
Steven E. Ross (*pro hac vice*)                 Stephen E. McConnico
Lead Attorney                                   State Bar No. 13450300
Texas Bar No. 17305500                          Paige Arnette Amstutz
**ROSS IP GROUP PLLC**                          State Bar No. 00796136
5050 Quorum Drive, Suite 700                    **SCOTT DOUGLASS & McCONNICO, LLP**
Dallas, Texas                                   303 Colorado Street Suite 2400
Telephone: (972) 661-9400                       Austin, TX 78701
Facsimile: (972) 661-9401                       Telephone: (512) 495-6300
sross@rossipg.com                               Facsimile: (512) 495-6399
                                                smcconnico@scottdoug.com
                                                pamstutz@scottdoug.com
Casey Griffith
Texas State Bar No. 24036687
Michael Barbee                                  Darin W. Snyder (*Pro Hac Vice*)
Texas State Bar No. 24082656                    dsnyder@omm.com
Maeghan Whitehead                               Luann L. Simmons (*Pro Hac Vice*)
Texas State Bar No. 24075270                    lsimmons@omm.com
Kirk Voss                                       Mark Liang (*Pro Hac Vice*)
Texas State Bar No. 24075229                    mliang@omm.com
**GRIFFITH BARBEE PLLC**                        Daniel Silverman (*Pro Hac Vice*)
1722 Routh Street, Suite 710                    dsilverman@omm.com
Dallas, Texas 75201                             **O'MELVENY & MYERS LLP**
Telephone: (214) 446-6020                       Two Embarcadero Center, 28th Floor San
Facsimile: (214) 446-6021                       Francisco, California 94111-3823
Casey.Griffith@griffithbarbee.com               Telephone: (415) 984-8700
Michael.Barbee@griffithbarbee.com               Facsimile: (415) 984-8701
Maeghan.Whitehead@griffithbarbee.com
Kirk.Voss@griffithbarbee.com                    Marc J. Pensabene (*Pro Hac Vice*)
                                                mpensabene@omm.com
**ATTORNEYS FOR PLAINTIFF**                     **O'MELVENY & MYERS LLP**
**PROFECTUS TECHNOLOGY, LLC**                   Times Square Tower
                                                7 Times Square
                                                New York, NY 10036
                                                Telephone: (212) 326-2000
                                                Facsimile: (212) 326-2061

                                                Stacy P. Yae (*Pro Hac Vice*)
                                                syae@omm.com
                                                **O'MELVENY & MYERS LLP**
                                                400 South Hope Street, 18th Floor

3

Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsmile: (213) 430-6407

Eugene Y. Mar
Winston Liaw
Daniel C. Callaway (*Pro Hac Vice*)
Stephanie Skaff (*Pro Hac Vice*)
**FARELLA BRAUN + MARTEL, LLP**
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
emar@fbm.com
wliaw@fbm.com
dcallaway@fbm.com
sskaff@fbm.com

**ATTORNEYS FOR DEFENDANT
GOOGLE, LLC**

### Certificate of Service

The undersigned certifies this document was filed electronically in compliance with Local Rule CV-5(a). As such, it was served on all counsel of record on September 10, 2021.

/s/ *Steven Ross*

Steven Ross