███████████████

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  6:20-cv-00101-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | ██████████████ |
| | § | |
| Defendant. | § | |
| | § | |

<u>**DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT OF LIMITED PRE-SUIT DAMAGES AND NO
WILLFUL INFRINGEMENT**</u>

████████████████████████████████████████

## TABLE OF CONTENTS

**Page**

██ ████████████████████████████████████████████

   ██ ████████████████████████████████████████████

   ██ ████████████████████████████████████████████

██ ████████████████████████████████████████████

C.     Conclusion ..........................................................................................................8

███████████████████████████████

## TABLE OF AUTHORITIES

**Page**

<u>CASES</u>

*Amsted Indus. Inc. v. Buckeye Steel Castings Co.*,
    24 F.3d 178 (Fed. Cir. 1994)..................................................................██

███████████████████████████████████

*Bayer Healthcare LLC v. Baxalta Inc.*,
    989 F.3d 964 (Fed. Cir. 2021)................................................................█

████████████████████████████████

███████████████████████████████

██████████████████████████████

*Halo Elecs., Inc. v. Pulse Elecs., Inc.*,
    136 S. Ct. 1923 (2016).............................................................................█

████████████████████████████████

████████████████████████████████

███████████████████████████████

*Lubby Holdings LLC v. Chung*,
    --- F. 4th ---, 2021 WL 3889816 (Fed. Cir. 2021) ...............................██

████████████████████████████████

███████████████████████████████

████████████████████████████████

███████████████████████████████

**TABLE OF AUTHORITIES**
**(continued)**

**Page**

**STATUTES**

████████████████████████████████

Profectus fails to raise a genuine dispute as to any material fact.  The Court should, therefore, grant partial summary judgment of no pre-suit damages before March 8, 2019, and summary judgment of no willful infringement.

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
█████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████





███████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█   ████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████

        The Federal Circuit recently reiterated that actual notice under § 287(a) requires notifying an accused infringer of the "activity that is believed to be an infringement." *Lubby*, --- F. 4th at --, 2021 WL 3889816, at *4 (citation omitted).  That is consistent with its precedent that "actual notice requires the affirmative communication of a specific charge of infringement by a specific accused product or device." *Amsted Indus. Inc. v. Buckeye Steel Castings Co.*, 24 F.3d 178, 186 (Fed. Cir. 1994). ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

█████████████████████████████████████████████





Profectus cannot meet its burdens to show evidence of willful infringement, which requires both that Google had (1) knowledge of the asserted patent, and (2) a specific intent to infringe, which is behavior that is "willful, wanton, malicious, bad-faith, deliberate, consciously wrongful, flagrant, or—indeed—characteristic of a pirate." *Bayer Healthcare LLC v. Baxalta Inc.*, 989 F.3d 964, 987 (Fed. Cir. 2021) (quoting *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 136 S. Ct. 1923, 1932 (2016)).



## C.   Conclusion

The court should grant summary judgment that:  (i) Profectus is not entitled to pre-suit damages for the period before March 8, 2019, and (ii) Profectus is not entitled to a finding of willful infringement.

Dated:  September 16, 2021                    Respectfully submitted,

                                              By */s/ Marc J. Pensabene*　　　　　　　
                                              Steve McConnico
                                              Texas State Bar No. 13450300
                                              Paige Arnette Amstutz
                                              Texas State Bar No. 00796136
                                              SCOTT, DOUGLASS & MCCONNICO, LLP
                                              303 Colorado Street, Suite 2400
                                              Austin, TX 78701
                                              Telephone: (512) 495-6300
                                              Facsimile: (512) 495-6399
                                              smcconnico@scottdoug.com
                                              pamstutz@scottdoug.com

                                              Darin W. Snyder *(Pro Hac Vice)*
                                              dsnyder@omm.com
                                              Luann L. Simmons (*Pro Hac Vice*)
                                              lsimmons@omm.com
                                              Mark Liang *(Pro Hac Vice)*
                                              mliang@omm.com
                                              Daniel Silverman *(Pro Hac Vice)*
                                              dsilverman@omm.com
                                              **O'MELVENY & MYERS LLP**
                                              Two Embarcadero Center, 28th Floor
                                              San Francisco, California  94111-3823
                                              Tel: (415) 984-8700
                                              Fax: (415) 984-8701

                                              Marc J. Pensabene (*Pro Hac Vice*)
                                              mpensabene@omm.com
                                              **O'MELVENY & MYERS LLP**
                                              Times Square Tower
                                              7 Times Square
                                              New York, NY 10036
                                              Tel: (212) 326-2000
                                              Fax: (212) 326-2061

                                              Stacy P. Yae (*Pro Hac Vice*)
                                              syae@omm.com
                                              **O'MELVENY & MYERS LLP**
                                              400 South Hope Street, 18th Floor
                                              Los Angeles, CA 90071-2899
                                              Tel: (213) 430-6000
                                              Fax: (213) 430-6407

Eugene Y. Mar
Winston Liaw
Daniel C. Callaway (*Pro Hac Vice*)
Stephanie Skaff (*Pro Hac Vice*)
FARELLA BRAUN + MARTEL, LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
emar@fbm.com
wliaw@fbm.com
dcallaway@fbm.com
sskaff@fbm.com

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 16, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  September 16, 2021

/s/ *Michael O'Donnell*
Michael O'Donnell