## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| PROFECTUS TECHNOLOGY LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | CIVIL ACTION NO. 6:20-cv-00101-ADA <br><br> JURY TRIAL DEMANDED |

### GOOGLE LLC'S OPPOSED MOTION TO APPROVE FORM AND FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH THE VERDICT OF THE JURY

Defendant Google LLC moves this Court to approve the form of the Judgment and for its entry, and for good cause shows the following:

1. Plaintiff is Profectus Technology LLC.

2. Plaintiff sued Defendant for alleged infringement of U.S. Patent No. 6,975,308 ("the '308 Patent").

3. A jury was demanded by Plaintiff and Defendant. A jury was empaneled and a trial on the merits occurred starting on September 30, 2021.

4. After the trial on the merits, the Court submitted this case to the jury. Attached as Exhibit "A" to this motion is the Verdict Form (Dkt. 196) containing the questions the Court submitted to the jury to consider, and the jury's answers to those questions. The jury's findings of no infringement and invalidity entitle Defendant to a judgment that Defendant did not infringe the '308 Patent, that the '308 Patent is invalid, and that Plaintiff takes nothing against Defendant.

**Argument**

5.  Pursuant to Fed. R. Civ. P. 58, the Court must promptly approve the form of the judgment and the clerk must then promptly enter the judgment when the jury returns a verdict with answers to written questions.

6.  No judgment has been entered to date and the jury returned a verdict with answers to written questions on October 6, 2021. The verdict wholly favored Defendant. Thus, Defendant Google LLC requests that the Court approve the form of the Judgment submitted herewith and attached as Exhibit "B," so that the clerk can promptly enter the judgment.

**Conclusion**

7.  Because the jury answered the questions submitted to it by the Court finding that Defendant did <u>not</u> infringe the '308 Patent and that the '308 Patent <u>is</u> invalid, the Court should approve the form of the Judgment submitted by Defendant so that the clerk may then enter judgment in accordance with the jury's verdict.

Dated: April 26, 2022

Respectfully submitted,

By <u>/s/ Marc J. Pensabene</u>

Steve McConnico
Texas State Bar No. 13450300
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
smcconnico@scottdoug.com
pamstutz@scottdoug.com

Darin W. Snyder *(Pro Hac Vice)*

dsnyder@omm.com
Luann L. Simmons (*Pro Hac Vice*)
lsimmons@omm.com
Mark Liang *(Pro Hac Vice)*
mliang@omm.com
Daniel Silverman *(Pro Hac Vice)*
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Tel: (415) 984-8700
Fax: (415) 984-8701

Marc J. Pensabene (*Pro Hac Vice*)
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Stacy P. Yae (*Pro Hac Vice*)
syae@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407

Eugene Y. Mar
Winston Liaw
Daniel C. Callaway (*Pro Hac Vice*)
Stephanie Skaff (*Pro Hac Vice*)
FARELLA BRAUN + MARTEL, LLP
235 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
emar@fbm.com
wliaw@fbm.com
dcallaway@fbm.com
sskaff@fbm.com

***Attorneys for Defendant Google LLC***

4

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing document was served on all counsel of record via electronic transmission on April 26, 2022.


Dated:  April 26, 2022                                       */s/ Michael O'Donnell*
                                                                             Michael O'Donnell