IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PROFECTUS TECHNOLOGY LLC,** *Plaintiff* | § § § § |
| **-vs-** | § § § **W-20-CV-00101-ADA** |
| **GOOGLE LLC,** *Defendant* | § § § § |

## JUDGMENT

This action came before the Court for a trial by jury commencing on September 30, 2021, between Plaintiff Profectus Technology LLC ("Profectus") and Defendant Google LLC ("Google"). The issues have been tried and the jury rendered its unanimous verdict on October 6, 2022 (ECF No. 196). In accordance with the jury verdict, it is hereby **ORDERED** and **ADJUDGED** that:

1. Google has not directly infringed claims 1, 4, 9, 22, or 30 of U.S. Patent No. 6,975,308 ("the '308 Patent");

2. Google has not induced infringement of claims 1, 4, 9, 22, or 30 of the '308 Patent; and

3. Claims 1, 4, 9, 22, and 30 of the '308 Patent are invalid.

4. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Google is the prevailing party in this case and shall recover its costs from Profectus and shall present the Court with an accounting of those costs within 14 days from the entry of this Final Judgment.

1

5. The Court denies all relief not granted by this Judgment.

This is a **FINAL JUDGMENT**.

SIGNED this 3rd day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE